UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| GEORGE DAVIS, | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | Civil Action No. 6:13-cv-755-MHS-JDL |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 22, 2015, the Magistrate Judge issued his Report and Recommendation ("R&R") (Doc. No. 17), recommending that the final decision of the Commissioner be reversed and remanded pursuant to 42 U.S.C. § 405(g). No objections to the R&R have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the final decision of the Commissioner be **REVERSED** and **REMANDED** pursuant to 42 U.S.C. § 405(g).

**SIGNED this 7th day of August, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE